IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACEY MCDANELD,

Plaintiff,

v.   No. 12-0923-DRH

CITY OF SALEM, ILLINOIS,

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Today, plaintiff filed a motion to dismiss with prejudice (Doc. 38). The Court **GRANTS** the motion and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 22nd day of July, 2013.

Digitally signed by
David R. Herndon
Date: 2013.07.22
16:03:29 -05'00'

**Chief Judge**
**United States District Court**