UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

TRACY MCDANELD,

    Plaintiff,

v.

CITY OF SALEM IL,

    Defendant.                 No. 12-cv-923-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 22, 2013 granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice.

            NANCY J. ROSENSTENGEL,
            CLERK OF COURT

            BY: /s/*Sara Jennings*
                  Deputy Clerk

Dated:   July 22, 2013

Digitally signed by David R. Herndon
Date: 2013.07.22 16:08:27 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT